# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Sean Shibata<br><br>  Defendant. | Case No. 15CR1627-CAB<br><br>AMENDED<br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or
\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Cocaine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 8/4/2016

FILED
AUG 4 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

Hon. William V. Gallo
United States Magistrate Judge